# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00634-CV

**D. L. P., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
NO. C-11-0072-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

D.L.P., Jr. filed this accelerated appeal from the district court's decree terminating his parental rights to his minor child, T-E.D.E., terminating the parental rights of T-E.D.E.'s mother, C.A.E., and appointing the Texas Department of Family and Protective Services as T-E.D.E.'s permanent managing conservator.

D.L.P., Jr.'s court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel certified to this

Court that she provided D.L.P., Jr. with a copy of the *Anders* brief and notice of his right to examine the appellate record and file a pro se brief. D.L.P., Jr. did not file a pro se brief.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. Finding nothing in the record that might arguably support an appeal, we grant counsel's motion to withdraw and affirm the order of termination.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Affirmed

Filed: January 30, 2013